IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL J. CSASZAR,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **MONARCH MEDICAL, LLC, d/b/a** | : | |
| **AFC URGENT CARE et al.,** | : | |
| | : | |
| *Defendants*. | : | **NO. 23-cv-1286** |

# ORDER

**AND NOW**, this **26th** day of **March 2024**, upon consideration of Plaintiff's Motion to Strike Defendants' Expert Report and Witness (ECF No. 26) and Defendants' Response in Opposition (ECF No. 30), it is hereby **ORDERED** that the Motion (ECF No. 26) is **GRANTED**. Defendants' expert witness Chad Staller is precluded from testifying at trial, and Defendants shall not make use of or any reference to Mr. Staller's report at trial.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**